**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| DALE G. MACKENSTADT and ELIZABETH MACKENSTADT,<br><br>       Plaintiffs,<br><br>       v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>       Defendant. | Cause No: CV-22-79-GF-BMM<br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Joint Stipulation for Dismissal that has been filed,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the

parties each to bear their own costs and attorneys' fees.  All deadlines are vacated.


DATED this 12th day of October, 2023.


_____
Brian Morris, Chief District Judge
United States District Court